IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LA TIDTUS JONES                                                                                    PLAINTIFF

v.                                                                                          No. 2:12CV32-A-V

CITY OF ROSEDALE, ET AL.                                                                      DEFENDANTS

ORDER ADOPTING
REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated June 13, 2012, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 13, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

3. That, in light of this ruling, the plaintiff's motion [26] for writ of mandamus and motion [28] requesting physical exam are **DISMISSED** as moot.

4. That this case is **CLOSED**.

**SO ORDERED, THIS** the 12th day of December, 2012.

                                                /s/ Sharion Aycock
                                                **U.S. DISTRICT JUDGE**